IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Darrell J. Miller,               :
        Petitioner         :
                     :  No. 2282 C.D. 2014
        v.             :
                     :
Unemployment Compensation  :
Board of Review,          :
        Respondent    :

## ***ORDER***

AND NOW, this 23rd day of December, 2015, it is ORDERED that the above-captioned opinion filed October 9, 2015, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge